151 A.3d 984

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WAYNE M. EVANS (A/K/A BRUCE EVANS, LAMAR EVANS, LAMAR GREEN, DWAYNE EDWARDS, IAMAR GREEN, SHAWN SPELLMAN, MARK THOMPSON, WAYNE TOLLER, BRUCE A. EVANS, WAYNE E. EVANS, WAYNE L. EVANS, WAYNE Z. EVANS, WAYNE MEACHUM EVANS), DEFENDANT-PETITIONER.

September 28, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000771-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.